UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| ANDRES PEREZ-CARMELO<br>*Plaintiff* | §<br>§<br>§. | |
| v. | § | CIVIL CASE NO.1:25-CV-01383-JE-JPM |
| | § | |
| SHAD M RICE, et al.<br>*Defendant* | §<br>§<br>§ | Judge Jerry Edwards Junior |

## ORDER

It is hereby ORDERED that Mr. Perez Carmelo's Petition for Writ of Habeas Corpus is dismissed as moot.

SIGNED this  25th  day of September  2025.

_____
UNITED STATES DISTRICT JUDGE